United States District Court
Southern District of Texas
**ENTERED**
December 26, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-04166 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| LOUCHE CASTLE LLC, | § | |
| Defendant. | § | |

## ORDER

Plaintiff Kirk Mackey has provided notice of settlement of the claims against Defendant Louche Castle LLC. Dkt 16.

All claims by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on December 23, 2025, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge